**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2089**

ALEXIA BURNO**‑**WHALEN,

       Plaintiff - Appellant,

    v.

THE STATE OF MARYLAND; TROOPER OLIVER OKAFOR; TROOPER R. HOBBS,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Gina Simms, Magistrate Judge. (8:15-cv-00564-GLS)

Submitted: August 26, 2020          Decided: September 3, 2020

Before NIEMEYER, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alexia Burno**‑**Whalen, Appellant Pro Se. Ephraim R. Siff, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Pikesville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Following a traffic accident to which Trooper First Class Oliver Okafor and Trooper First Class Robert Hobbs responded, Alexia Burno-Whalen filed a civil action against Okafor, Hobbs, and the State of Maryland (collectively, "Defendants"), asserting common law claims of battery and false arrest, as well as claims under 42 U.S.C. § 1983.  A jury returned a verdict in favor of Defendants on all counts, and the magistrate judge entered judgment accordingly.[*]  Burno-Whalen now appeals.  Upon review of the record, we conclude that Burno-Whalen did not adequately preserve the issues she seeks to raise on appeal.  Accordingly, we affirm the magistrate judge's judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to jurisdiction before a magistrate judge pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.